

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION

Appellate case name:      Tyrus Nathaniel Green v. The State of Texas

Appellate case number:    01-18-01123-CR

Trial court case number:  1522737

Trial court:              182nd District Court of Harris County

      This Court's July 9, 2019 Order had directed appellant's court-appointed counsel, Aimee Bolletino, to file a motion to withdraw after she had filed an *Anders* brief in the above-styled case on July 2, 2019, without a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Then this Court's July 18, 2019 Order granted appellant Tyrus Nathaniel Green's pro se motion for access to a copy of the appellate records and a motion requesting a 60-day extension of time to file his pro se *Anders* brief response until September 16, 2019. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). On July 19, 2019, the district clerk filed notice in this Court that it had forwarded a copy of the appellate records to the pro se appellant. To date, neither the motion to withdraw nor the confirmation of delivery of records has been filed.

      On August 8, 2019, appellant filed a second pro se request for an unspecified extension of time to file his *Anders* response and noted that he still needs the transcript/court records to file it. Accordingly, the Court **grants** appellant's second motion for an extension of time to file his pro se *Anders* response until September 30, 2019.

      Appellant's counsel, **Aimee Bolletino**, is **ordered** to send the *Kelly* letter to her client and shall file the required motion to withdraw and *Kelly* notice with the Clerk of this Court **within 10 days of the date of this order**. *See* TEX. R. APP. P. 6.5, 9; *Kelly*, 436 S.W.3d at 319-20. Finally, the district clerk is to file confirmation of delivery of the records **within 10 days of the date of this order**.

      It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____
                  ☑ Acting individually    ☐ Acting for the Court
Date: __August 15, 2019_____